Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

June 1, 2016

Brendan J. O'Rourke
Member of the Firm
d 212.969.3120
f 212.969.2900
borourke@proskauer.com
www.proskauer.com

<u>Via ECF</u>

Hon. U. S. D. J. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**Re: Triangl Group Limited et al v. Jiangmen City Xinhui District Lingzhi Garment Co., Ltd. et al, 1:16-cv-01498-PGG**

Dear Judge Gardephe:

We are counsel to Plaintiffs Triangl Group Limited, Triangl International Limited and Triangl Limited (collectively, "Triangl") in the above-referenced matter.  We are writing to update the Court regarding the status of service of process and to inquire regarding the timing of the initial pretrial conference, which is scheduled for July 7, 2016.

As indicated in Triangl's February 26, 2016 Complaint, Triangl believes that each of the defendants in this action is located in the People's Republic of China ("P.R.C."), which is a signatory to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (the "Hague Convention").  Triangl has initiated service of defendants in compliance with the Hague Convention by sending the P.R.C. Ministry of Justice, *inter alia*, copies and Chinese translations of the Summonses, the Complaint, the Court's Individual Practices and the Court's Notice of Pretrial Conference (Dkt 17).  We expect service to take approximately four to six months.  *See* https://assets.hcch.net/upload/faq14cn.pdf.

Given that the initial pretrial conference is scheduled for July 7 and it is very unlikely the defendants will be served by that date, we respectfully request that the Court advise whether it would like to proceed with the initial pretrial conference as scheduled.  Triangl is amenable to rescheduling the conference once service has been completed.

Respectfully submitted,

/s/ Brendan J. O'Rourke
Brendan J. O'Rourke