Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

October 6, 2016

Brendan J. O'Rourke
Member of the Firm
d 212.969.3120
f 212.969.2900
borourke@proskauer.com
www.proskauer.com

<u>Via ECF</u>

Hon. U. S. D. J. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**Re: Triangl Group Limited et al v. Jiangmen City Xinhui District Lingzhi Garment Co., Ltd. et al, 1:16-cv-01498-PGG**

Dear Judge Gardephe:

We are counsel to Plaintiffs Triangl Group Limited, Triangl International Limited and Triangl Limited (collectively, "Triangl") in the above-referenced matter.  We are writing to update the Court regarding the status of service of process and to inquire regarding the timing of the initial pretrial conference, which is scheduled for October 13, 2016 at 10:00 am.

As indicated in Triangl's February 26, 2016 Complaint, Triangl believes that each of the defendants in this action is located in the People's Republic of China ("P.R.C."), which is a signatory to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (the "Hague Convention").  As Triangl previously informed the Court by letter dated June 1, 2016 (Dkt. 18), Triangl is in the process of serving the defendants in compliance with the Hague Convention.  In light of the expected timing to complete service, the Court previously adjourned the pretrial conference to October 13, 2016 (Dkt. 19).

Triangl recently contacted the P.R.C. Ministry of Justice to inquire regarding the status of service of process and was informed that the documents had made their way to the courts for service on the defendants.  However, the P.R.C. Ministry of Justice could not provide an estimate of when service would be completed.  Given that it appears unlikely that the defendants will be served by October 13, we respectfully request that the Court advise whether it would like to proceed with the initial pretrial conference as scheduled.  Triangl is amenable to rescheduling the conference once service has been completed.

Respectfully submitted,

/s/ Brendan J. O'Rourke
Brendan J. O'Rourke